[No. 9919-1-I.   Division One.   March 31, 1982.]

THE STATE OF WASHINGTON, *Appellant,* v. STUART
COOK, *Respondent.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 80-1-00365-1, Marshall Forrest, J.,
entered February 20, 1981. *Dismissed* by unpublished

opinion per Williams, J., concurred in by Swanson and Callow, JJ.